UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Eddie Perkins, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 1:25-CV-01175-ADA |
| | § | |
| HEB Management Team, *et al.*, | § | |
|     *Defendants.* | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane. Dkt. 4. Judge Lane issued his report and recommendation on August 8, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Lane's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 4) is **ADOPTED**. Plaintiff's complaint (Dkt. 1) is **DISMISSED WITH PREJUDICE**.

**SIGNED** on September 5, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE